Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

SAMUEL R. PATERSON, Respondent, v. MAE M. REILLY, Defendant, and DANIEL H. HANCKEL, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

ALEXANDER PSAKI, Respondent, v. EUGENE SIGG and HERMAN SIGG, etc., Appellants.— Motion for stay of trial pending appeal granted. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO FRANK NEURONI, Appellant.— Motion to enlarge time to perfect and argue appeal until December term granted. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

BARNET RIFKIN, Appellant, v. ED ZIT HOLDING CORPORATION, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

ALIGHIERO SCARSELLI, Respondent, v. EDITH HEBRON, Appellant.— Motion to dismiss appeal granted, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

SIDNEY SLADDEN, as a Stockholder of SELF-PROPELLING NOZZLE Co., INC., for Himself and All Others Similarly Situated, Appellant, v. HARRY S. ASHMUN and SELF-PROPELLING NOZZLE Co., INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

EMANUEL A. STERN, Sometimes Known as EMANUEL STERN, Appellant, v. KARPF & HAHN REALTY CORPORATION and Others, Defendants. FREDERICK W. KLEIN, Respondent.— Motion to dismiss appeal as against defendant Frederick W. Klein granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

EMANUEL A. STERN, Sometimes Known as EMANUEL STERN, Appellant, v. KARPF & HAHN REALTY CORPORATION, Respondent. FREDERICK W. KLEIN and Others, Defendants.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

MAX STERN and HERMAN WEISS, Respondents, v. VITO DE MARZO and ANNA DE MARZC, Appellants. ROBERT .PIERRI and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. We pointed out in this case the obligation of appellants to prepare a case and have it settled. We shall continue the favor upon the condition above set forth, which will strictly be enforced. The respondents should permit appellants to examine the exhibits in their possession and to make copies thereof. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HANNAH SULLIVAN, as Receiver of the Property, Assets, Rights and Effects of the Estate of TIMOTHY D. SULLIVAN, Deceased, Suing in Her Own Behalf and in Behalf of All Other Holders of Land Purchase Certificates Issued by the Defend-